# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER NEAL MISHIK, <br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:26-MJ-78

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 24, 2024 and July 25, 2024___ in the city/county of ___Fairfax___

in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2251(a) and (e) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child. |

This criminal complaint is based on these facts:

See attached

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

*Olivia Temrowski*
*Complainant's signature*

Vanessa Strobbe
_____
*Printed name and title*

Olivia Temrowski, Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ *(specify reliable electronic means).*

Date:  March 13, 2026

*Judge's signature*

City and state:  Alexandria, Virginia

The Hon. William E. Fitzpatrick U.S. Magistrate Judge
*Printed name and title*