AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

FILED IN OPEN COURT
JUN 17 2026
CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

United States of America
v.
CHRISTOPHER NEAL MISHIK
*Defendant*

Case No. 1:26-CR-115

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/17/2026

*Defendant's signature*

*Signature of defendant's attorney*

Jessica A. Richardson (on behalf of PNA Law)
*Printed name of defendant's attorney*

/s/
*Judge's signature*

Patricia Tolliver Giles
United States District Judge
*Judge's printed name and title*