**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

FILED IN OPEN COURT
JUN 17 2026
CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

CHRISTOPHER NEAL MISHIK,

Defendant.

Case No. 1:26-CR-115

STATEMENT OF FACTS

The United States and the defendant, CHRISTOPHER NEAL MISHIK (hereinafter. "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From on or about June 18, 2024 until at least September 13, 2024, in the Eastern District of Virginia and elsewhere, the defendant, together with unindicted co-conspirators, known and unknown, engaged in a child exploitation enterprise by violating Chapter 110 of Title 18 of the United States Code, specifically, sexual exploitation and attempted sexual exploitation of children, distribution and attempted distribution of material involving the sexual exploitation of minors, and receipt and attempted receipt of material involving the sexual exploitation of minors, as defined in Title 18, United States Code, Sections 2251(a) and 2252(a)(2) , as a part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committed those offenses in concert with three or more other persons, those being, violations of Title 18, United States Code, Sections 2251 and 2252(A)(a)(2), all of which is a violation of 18 U.S.C. § 2252A(g).

2. MISHIK shares a daughter with his wife of five years. He and his wife have lived together in the Eastern District of Virginia since 2021; he has resided in the Eastern District of Virginia since 2008. MISHIK is a Licensed Professional Counselor who offered telehealth mental health counseling to patients online, including to adolescents, young adults, and families.

3. For years, MISHIK participated in various online groups that orchestrated the online sexual exploitation of children.

**The "Good Girls" Enterprise**

4. In the summer of 2024, MISHIK actively participated in an Instagram Group of adult males who coordinated to find, share, and produc child sexual abuse material (CSAM). The users titled and referred to the Instagram group as "Good Girls" (hereafter "Good Girls" Enterprise). In coordination with members of the group and individually, the "Good Girls" Enterprise engaged in various tactics to produce, distribute, and receive CSAM.

a. MISHIK and members of the group lurked on young girls' social media accounts to record social media "live streams" that featured young girls engaging in sexual activity. MISHIK would watch the "live streams" and take screenshots or record the video stream if he anticipated an escalation to nudity or sexual activity. Videos saved in his phone reflect this. For example, one video of three minor girls begins with them lying on a bed chewing bubble gum. As they engage with the camera, two of the minors stand up and take off their pants. They then touch and spread open their respective exposed vulvas. In another video, a girl removes her shorts, displays her vagina to the camera, and begins penetrating herself with a long, thin object. MISHIK and members of the group would send these screenshots and recordings to each other. They would also send to one another usernames of girls as recommendations to other members of the group to target those particular girls.

b. MISHIK and other members of the group commented during young girls' social media "live streams" to encourage them to engage in sexually explicit activities on camera.

c. At times, the "Good Girls" Instagram group chat thread was comprised only of the adult men in the group sharing their "successes"; other times, the adult men would invite young girls into the group chat for the purpose of jointly encouraging the girls' sexual behavior.

d. MISHIK and other members of the group would individually and privately message certain girls' social media accounts. In private conversations, MISHIK and other members of the group would encourage the girls to participate in the larger "Good Girls" chat. MISHIK and other members of the group would utilize their private chats to use, persuade, induce, and entice the girls to create and/or send CSAM to them. In these conversations, MISHIK and other adult members of the group often pretended to be teenage boys. MISHIK and other adult members of the group would then directly communicate and coordinate with one another to share knowledge about targeted girls and exchange content they had individually acquired.

e. Members of the group would also pose as other teenage girls as another method of encouraging targeted girls to produce or send CSAM. An adult male member of the group would claim to be another young girl, then encourage the targeted girl to join her or compete with her in sending CSAM to the group. Adult male members of the group would then compare the children in the chat.

5. From June 18, 2024 until at least September 13, 2024, approximately 46 usernames engaged in the "Good Girls" Enterprise. MISHIK employed two accounts to further his exploitation. Like MISHIK, some members utilized multiple usernames, some were posing as young girls, and some usernames were less active than others. At least 20 different users were

actively messaging on an approximate weekly basis. At least 10 adult males have been positively identified as individual members of the "Good Girls" Enterprise.

6. The following are examples of some of the tactics used by the enterprise.

a. On July 23, 2024, the enterprise added to the group's group chat an account that appeared to belong to a young girl, Apparent Minor Victim (hereinafter "AMV"[1]). After the Good Girls group added her, MISHIK and members of the enterprise sent to the chat thread a variety of videos and images, mostly sexual in nature, including scantily clad children and anime depicting children engaged in sexual activities. AMV then sent a photo of a young girl in her bedroom in a two-piece bikini patterned with colorful flowers and rainbows. The enterprise members undertook a campaign for AMV to send increasingly sexually explicit content.

| July 24, 2024 | |
|---|---|
| **Sender** | **Content** |
| User 1 | Hi there |
| User 2 | U look pretty [AMV] |
| User 1 | Ur fucking hot |
| AMV | Ty 😊 |
| User 3 | Hottie |
| User 3 | Can you show us more?? |
| User 2 | Wish we could see more of u |
| AMV | *[sends another photo of her in the flower-patterned two-piece bikini, the camera angled between her spread legs capturing her clothed genitalia, torso, and breasts]* |
| User 3 | So sexy.. pull your panties to the side and show |
| User 2 | Do it [AMV name] |
| MISHIK ACCOUNT 1 | Fuck me, [AMV name] is hot |

[1] AMV has been fully identified, interviewed, and positively confirmed her identity in the media shared in Good Girls. AMV confirmed that she was approximately 10 years old in the images and videos. However, the investigation revealed that AMV was not the one operating the account sending her the CSAM depicting her. As some adult males in the group pretended to be minor girls, the user of this account appeared to be posing as AMV. Users in Good Girls did not always know when an account was a fake account, or what the users nicknamed "a fish." While users sometimes grew suspicious, they continued to engage in the attempted coercion and encouragement of the account to continue sending CSAM for their own benefit. In this case, as evidenced by a side conversation located on July 24, 2024, during the distribution of AMV's CSAM, MISHIK messaged another known group user: "[AMV's account name] a fish?" Shortly after, MISHIK stated, "I think it's a dude but I'm not opposed to what they're doing[.]"

| | |
|---|---|
| User 2 | Yes….hot af |
| AMV | *[sends a photo of her completely naked, vulva exposed, from the vantage point of the camera between her legs capturing her vulva up to her smiling face]* |
| User 3 | Fuck! You are so sexy |
| AMV | Ty |
| User 2 | U are so hot |
| User 3 | I totally dare you to spread your pussy for us |
| User 2 | And a good girl….do it….spread it and let us see |
| AMV | *[sends a photo of her complete naked, vulva exposed with legs spread open, from the vantage point of the camera between her legs capturing her vulva up to her smiling face]* |
| User 3 | I want to fuck you so much..damd..you are sexy as fuck |
| User 2 | [AMV name] let us teast it… |
| AMV | Ty |
| User 4 | Damm..beautiful |
| AMV | *[sends a 5-second video of her naked body, from the vantage point of the camera approximately a foot above her thighs pointed toward her exposed outer labia panning up to her smiling face]* |

b. The group then added Minor Victim 1 [hereinafter MV1] to the chat thread. MV1 was a then-14-year-old girl with a type of Down Syndrome. She resides with her father in a small town in the Eastern District of Virginia.

| **July 24, 2024** | |
|---|---|
| **Sender** | **Content** |
| User 2 | Hey @[MV1 screenname] |
| MV1 | Hi |
| User 2 | u can also be free here |
| User 3 | Can you send a quick video of you rubbing yourself or sliding your fingers inside?<br>… |
| User 2 | [MV1's first name]…..wanna join [AMV's first name]?<br>… |
| MISHIK ACCOUNT 1 | Hi [MV1's first name] :) |
| MV1 | Sure<br>… |
| User 2 | U can also send stuff |
| MV1 | Yea<br>…. |

| | |
|---|---|
| AMV | *[Sends a 12-second video of AMV, naked, inserting what appears to be a colored pencil into her vagina]*<br>... |
| User 2 | We are waiting for u to [MV1's first name] |
| MV1 | Okay |
| MISHIK ACCOUNT 1 | U guys should try to up each other |
| User 2 | Absolutely |
| AMV | *[Sends a zoomed in image of AMV's vulva]* |
| User 1 | Omg your gonna take nude pictures too? We would LOOOOOOVE that |
| MISHIK ACCOUNT 1 | Both are you are beautiful but I think [MV1's first name] might be hotter<br>... |
| User 2 | We can't say that…unless [MV1 name] let us see her |
| User 1 | You should treat us to your body next [MV1 name]. I know I loved it |
| MISHIK ACCOUNT 1 | I wouldn't know but I'm just guessing |
| User 1 | Oh she's hot |
| User 3 | I wish that was my dick sliding inside of you<br>... |
| User 5 | OMG… [AMV first name]!!! |
| User 2 | [AMV first name]…can u send more |
| User 1 | Let's let [MV1's first name] send a bit<br>She sounds like she wants to |
| User 2 | Ok….[MV1's first name]…ur turn. |
| MV1 | Okay |
| MISHIK ACCOUNT 1 | [MV1's first name]! [MV1's first name]! [MV1's first name]! |
| User 2 | [MV1's first name] |
| User 1 | Just go for it [MV1 first name]! |
| MV1 | kk<br>... |
| User 1 | Don't worry about the chat, we're just encouraging you |
| MV1 | Okay |
| User 1 | Wanna start with you perfect tits? |
| MV1 | Sure |
| MV1 | *[MV1 sends an image of her shirt and bra pulled down, exposing her breasts]*<br>... |
| MISHIK ACCOUNT 1 | Oh fuck yeah!<br>... |

| | |
|---|---|
| | More!!! Plz<br>…<br>I wish they could be the background<br>…<br>I hope [MV1's first name] shows more :)))<br>…<br>I'd love to get these girls in a call tho and make things hot<br>…<br>[MV1's first name] let's see them legs girl [emoji] and then some<br>… |
| User 2 | *[sends a video of a woman lying on her stomach, reaching around her back with her arm and penetrating her vulva from behind with an object]*<br><br>hehe…u can play like that [MV1 name] |
| MISHIK ACCOUNT 1 | [MV1's first name] let's see them legs girl [emoji] and then some |
| MV1 | Okay<br>… |
| User 2 | *[sends a video of an adult man penetrating a woman from behind while slapping, suffocating, and strangling her]*<br><br>[MV1]…. That's u and me … I wanna do that with u<br>… |
| MISHIK ACCOUNT 1 | [MV1 name] where u at cutie<br>… |
| MV1 | *[MV1 sends a video of her face, vantage point of camera above her chest pans down to her exposed breast she fondles with her hand. MV1's face wearing eyeglasses is present with Taylor Swift decorations in the background]*<br><br>[Various users respond praising MV1] |
| MISHIK ACCOUNT 2 | Amazing!!! |
| User 4 | Can either u of u bendover and show from behind? |
| User 1 | [MV1's username] you made my whole week, do you mind if I make your hole weak?<br>… |
| MISHIK ACCOUNT 1 | Can we see your down there area? |

| | |
|---|---|
| User2 | [MV1's first name]...dont be shy ....let us see u completely naked....like how [AMV's first name] showed<br>.... |
| MISHIK ACCOUNT 1 | [MV1 first name] is sexy as hell |
| MV1 | *[A selfie taken in the mirror of MV1 pulling her shirt and bra down, exposing her breasts]* |
| MISHIK ACCOUNT 1 | Wow!<br>...<br>[MV1's first name] you have great tits!<br>...<br>More [MV1's first name] more!!!!! |
| MV1 | *[An image of MV1 pulling her bra down, with closer and more focused image on her breasts]*<br>... |
| MISHIK ACCOUNT 2 | They are perfect<br>... |
| MISHIK ACCOUNT 1 | I'm sure she has a lovely pussy |
| MV1 | *[An image of MV1's lower body, exposing her pubic area, lower abdomen and upper thighs, focusing on her vaginal area]* |
| User 2 | Spread those legs beautiful |
| MISHIK ACCOUNT 1 | [emoji][emoji][emoji]<br>Called it<br>...<br>That's a meal is what that is |
| MV1 | *[An image of MV1's vaginal area, seated on a toilet with her legs spread open, focusing on her vagina]* |
| MISHIK ACCOUNT 1 | Fuck yes!<br>... |

| 7/25/2024 | |
|---|---|
| **Sender** | **Content** |

| | |
|---|---|
| MISHIK ACCOUNT 1 | [MV1 name] are you still around |
| MV1 | I'm here |
| MISHIK ACCOUNT 1 | [MV1 name] show us something<br>…<br>Everyone wants you [MV1 name] |
| User 2 | [MV1 name] . . . .u should do more<br>… |
| MV1 | *[sends photos of her breasts]* |
| User 3 | Can you please spread your pussy for us?? |
| User 5 | You've got the hottest tits ever! Dang |
| MISHIK ACCONT 1 | They are amazing!<br>… |
| User 6 | [MV1 name] CAN YOU SHOW DOWN BELOW LIKE [Minor Victim 2] and [AMV] did?<br>… |

| 7/26/2024 | |
|---|---|
| **Sender** | **Content** |
| User 3 | [MV1], can you please send us a pic of you spreading your pussy?<br><br>We would all love it<br><br>[MV2] you're here..we would love to see you too! |
| User 2 | U are a good girl [MV1 name] |

| 7/28/2024 | |
|---|---|
| **Sender** | **Content** |
| MISHIK ACCOUNT 1 | [MV1 name] are you still around? |
| MV1 | I'm here |
| MISHIK ACCOUNT 1 | [MV1 name] show us something<br>…<br>Everyone wants you [MV1 name] … |
| User 1 | Ummm I have a question [MV1 name] |
| MV1 | Okay |

| | |
|---|---|
| User1 | Do you think you could make a video trying to put something in ur coochie?<br>… |
| MV1 | I've never done that. |
| User 1 | Could you try? Maybe just start with one finger to start.<br>… |
| MV1 | *[MV1 sends pictures of her bare breasts]* |
| User 1 | Those titties look so squishable |
| MV1 | *[MV1 sends pictures of her fondling her bare breasts]* |
| User 1 | Now do that but with your pussy in a video? |
| MV1 | Okay<br>…<br>*[MV1 sends a video fondling her exposed vulva]* |
| User 1 | Such a good girl [MV1 name], can we see how deep you can rub in there? |
| Minor Victim 3 [MV 3] | How old is [MV1 name]? |
| MV1 | I am 14<br>… |
| MV3 | oh same<br>… |
| User 1 | We try not to talk about age here if that's ok |

c. The youngest known victim of "Good Girls," Minor Victim 4 (MV4), was 10 years old at the time of her exploitation. Upon her initial entry in the group, she appeared reluctant to share images of herself due to fear of getting grounded or losing social media privileges. MISHIK stepped in to ease her fears by saying, "lol why would you get grounded? No one would know" and another user followed with, "the pics and vids disappear, which is good[.]" MV4 grappled with the pressure as the adult male users attempted to ease her fears while simultaneously praising the other minor victims for exposing their bodies. Eventually, the users convinced MV4 to share CSAM with the group:

**July 25, 2024**

| Sender | Content |
|---|---|
| MV4 | I Will try but I'm only doing one photo [emoji]<br>And nobody screenshot it because it will make me feel uncomfortable [emoji] |
| MISHIK ACCOUNT 1 | Ur safe here |
| User 3 | We won't...promise |
| User 6 | We won't do nothing like that [MV4's first name] |
| MV4 | *MV4 sends an image of holding the bottom of her shirt under her chin, exposing her bare chest* |
| User 6 | So pretty [emoji] |
| User 3 | So beautiful [emoji][emoji] |
| MISHIK ACCOUNT 1 | [Flame emoji] |
| User 1 | Wowwwww<br>... |
| MV4 | Tyyyy<br>...<br>IGTG now [emoji]<br>... |
| User 1 | Thanks for hanging out<br>Always a pleasure |
| MV4 | *[1 minute later]*<br>OK I'm back [emoji]<br>Is it OK if I wait for another person to do it and then I will do it [emoji]<br>... |
| AMV | *Sends an image with her pants pulled down to mid-thigh, exposing her bare vagina* |
| MV4 | My turn [emoji]<br>...<br>*MV4 sends a photograph of herself in the mirror, holding her shirt under her chin and exposing her bare chest and stomach*<br>...<br>I'm also doing my homework [emoji] |
| User 2 | Umm maybe loose ur pants to<br>... |
| MV4 | Maybe when I get more comfortable [emoji]<br>... |
| User 3 | Why do homework when you can do us |
| MV4 | I need to warm up first [emoji]<br>... |
| MISHIK ACCOUNT 1 | Let's get [MV4'S first name] warm! ... |
| MV4 | Homework so yeah [emoji] |

| | |
|---|---|
| | I'm going to do one question and then come back [emoji] |
| User 3 | I bet your guy teachers want to teach you something naughty [emoji] |
| User 7 | I'm doing homework too, studying your sexy body |
| MV4 | No it's a girl and I'm done [emoji]<br>No like the homework that the teacher gave me over the summer break [emoji]<br>...<br>[emoji] OK just wait let me go to the bathroom<br>...<br>I'm in the bathroom [emoji] |
| User 7 | Do a pee video |
| MV4 | *MV4 shares an image between her belly button and her upper thigh, exposing her bare vagina* |
| User 8 | This secret group has the hottest Girls around!!! [emoji] [emoji] [emoji]<br>... |
| MV4 | OK so now I'm going to do one more question and I', gonna wait for another person to do something and then I'm gonna do it<br>... |
| MISHIK ACCOUNT 1 | Gotta get [@MV1's username] in on this |

d. As the chat progressed, 10-year-old MV4 continued to send CSAM at the encouragement of the group members. MV4 eventually sent the group a video with her pants off, holding her pink lemon patterned t-shirt up under her chin. In the video, MV4 is holding a brush and rubbing her bare vagina with its handle. In the background of the video, MV4 has a package of Oreo cookies opened on her floor. Enterprise users responded, "Yummy! You are such a good girl" and "Wow! Can you fit it inside?? [emoji] [emoji] [emoji]." The group members then instructed MV4 how to masturbate, specifically, how to go inside of herself and how quickly to penetrate herself. As the group members gave MV4 accolades for this video, MV4 and other minor victims began sending videos of a similar nature.

e. When minor girls expressed fears or concerns about sending pictures and videos of themselves, enterprise members reassured the minor victims they were in a "safe place."

Members of the group—not MISHIK—privately messaged that they wanted to make certain girls the next Amber Alert.

7. From June 18, 2024 until at least September 13, 2024, the "Good Girls" Enterprise victimized at least 6 identified minor girls. Members of the Good Girls chat, including MISHIK, collaborated in differently named groups across this time period, and collectively those groups with members in common victimized at least 10 identified minor girls.

8. In sum, the Good Girls Enterprise engaged in at least 3 separate instances of Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251; dozens of instances of distribution of CSAM, in violation of 18 U.S.C. § 2252A(a)(2); and dozens of instances of receipt of CSAM, in violation of 18 U.S.C. 18 U.S.C. § 2252A(a)(2).

**MV1 Vulnerability**

9. MV1 is a 14-year-old girl with a type of Down Syndrome.

10. Simultaneous to the coercion of MV1 detailed above, MISHIK and User 1 privately messaged one another about MV1:

| July 24, 2024 | |
|---|---|
| **Sender** | **Content** |
| MISHIK ACCOUNT 1 | [MV1's first name] seems shy |
| User 1 | She always does<br>Idk why, she always shows<br>But she just starts over every time |
| MISHIK ACCOUNT 1 | Seriously starting over .... Lol |
| User 1 | I think she likes being convinced |
| MISHIK ACCOUNT 1 | Like dominated convinced or complimented convinced |
| User 1 | Complimented |

| | |
|---|---|
| MISHIK ACCOUNT 1 | She can't read? |
| User 1 | Not very well, this is prolly crazy for her |
| MISHIK ACCOUNT 1 | Fuck lol |
| User 1 | Ikr |
| MISHIK ACCOUNT 1 | Need a voice changed to direct her lol |
| User 1 | I don't lol |
| MISHIK ACCOUNT 1 | Then send her a voice message lol<br>She'd be scared of mine<br>[MV1's first name] is hot as shit<br>She's so shy tho lol |

During the July 24 to 28, 2024 "Good Girls" chat that led to MV1's production of CSAM depicting her vulva, User 1 told MV1, "Don't worry about the chat, [MV1 name], you can read it all when your[sic] done." "[MV1 name], could we get a little more from you before you read all the chat?" "Let her focus a little guys lol."

**MISHIK Private Victimization of MV1**

11. Separate from the "Good Girls" chat thread, MISHIK initiated a one-on-one conversation with MV1 on July 24, 2024.

| July 24, 2024 | |
|---|---|
| **Sender** | **Content** |
| MISHIK ACCOUNT 2 | Whatcha doing?<br>Oh ur in good girls? |
| MV1 | Nothing much<br>Yea<br>... |
| MISHIK ACCOUNT 2 | It's a fun group, it can be a lot tho<br>I'd love to see more of y in there :)<br>Holy shit u r hot [emoji] |

| | |
|---|---|
| MV1 | Thanks |
| MISHIK ACCOUNT 2 | Wow u should show all the time<br>R u ok with that?<br>Because u r gorgeous and the world needs to see u<br>...<br>Everyone wants you to show some more :)<br>Will you please? |
| MV1 | I will just show my tits. |
| MISHIK ACCOUNT 2 | You should squeeze them together in a video<br>...<br>Ok let's see<br>Wow<br>So amazing!<br>Can you squeeze them together with both hands? Just like smoosh them into each other<br>You are going to show everything? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | Yessss!<br>You are the hottest girl I have ever seen<br>What can I do to help? |
| MV1 | I don't know |
| MISHIK ACCOUNT 2 | Do you want suggestions on what videos to send? |
| MV1 | Maybe bend over then like smack my butt. |
| MISHIK ACCOUNT 2 | Yes! Do that now please [emoji]<br>...<br>Are you still there?<br>...<br>Are you making the video cutie?<br>...<br>Can u send it to me first if you don't want to send it to the group? I can help build confidence<br>Amazing!<br>...<br>What happened to the video though? |
| MV1 | I just forgot |
| MISHIK ACCOUNT 2 | Could you send it now?<br>They practically chant your name lol<br>It seems like you don't want to send that<br>I really love seeing your top off<br>Pull your panties to the side for a picture |

| | |
|---|---|
| MV1 | Okay |
| MISHIK ACCOUNT 2 | [emoji] [emoji]<br>And send it to the group<br>…<br>Would you send just me a pic? |
| MV1 | Sure<br>[An empty text box appears that reads, [MV1's first name] sent an attachment] |
| MISHIK ACCOUNT 2 | Ong!<br>You are soooo hot!<br>How about a pussy pic?<br>Spread for me? |
| MV1 | Okay |
| MISHIK ACCOUNT 2 | Show those pussy lips and spread with two fingers<br>If you want ? |
| MV1 | Okay |
| MISHIK ACCOUNT 2 | You have the cutest pussy I have ever see.<br>Keep going please |

12. MISHIK resumed the conversation later that evening, continuing into July 25, 2024. MV1 asked MISHIK how old he was. He told her to guess. She guessed 13. MISHIK, posing as a teenage boy, replied, "lol yeah nice. How old r u." MV1 said, "guess." MISHIK replied, "14." MV1 confirmed, and they discussed both going into 8th grade.

13. After MV1 established her age and academic grade, MISHIK continued to request images and videos of MV1.[2]

| July 25, 2024 | |
|---|---|
| **Sender** | **Content** |
| MISHIK ACCOUNT 2 | You are so hot [emoji]<br>Can I get a personal pics of just you for me :) |
| MV1 | Sure |
| MISHIK ACCOUNT 2 | How about a video just for me :) of you flashing<br>Can you? |
| MV1 | Okay |
| MISHIK ACCOUNT 2 | Do you prefer talking privately or to the group? |

[2] Due to the platform retention policies, the attachments referenced below were not retrievable.

| | |
|---|---|
| MV1 | Privately |
| MISHIK ACCOUNT 2 | Ok I wasn't sure if you liked talking to me privately or not<br>You send good pics :) |
| MV1 | Thanks<br>... |
| MISHIK ACCOUNT 2 | Send me a pic of you bent over<br>That ok? |
| MV1 | Yeah<br>*[MV1sent an attachment]* |
| MISHIK ACCOUNT 2 | Oh I meant I wanted to see your butt [emoji]<br>Can you do that? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | Ok :) |
| MV1 | *[MV1 sent an attachment]* |
| MISHIK ACCOUNT 2 | You have a nice ass |
| MV1 | Thanks |
| MISHIK ACCOUNT 2 | Can I see it with your shorts off? |
| MV1 | Sure<br>*[MV1 sent an attachment]* |
| MISHIK ACCOUNT 2 | Can I see it with panties off too<br>Would that be ok? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | Ok [emoji]<br>U there? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | Are you still sending? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | Would u rather do it on a video call? I can't join but I can still message you :) it could be fun<br>?<br>U there? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | What do u think about what I just said?<br>Soooooooooooo?<br>I am sad you aren't answering |
| MV1 | I am still here |
| MISHIK ACCOUNT 2 | But why aren't you answering?<br>Please [MV1's first name]<br>...<br>Would you prefer we send pics of video call? |
| MV1 | Send pics |

| | |
|---|---|
| MISHIK ACCOUNT 2 | Ok send without any undies on and your legs spread<br>Would that be ok? |
| MV1 | Yes |
| MISHIK ACCOUNT 2 | Do you like to play with it down there? |
| MV1 | Sure |
| MISHIK ACCOUNT 2 | Let me see then<br>[MV1's first name]? |
| MV1 | Yea |
| MISHIK ACCOUNT 2 | It doesn't seem like you want to send it<br>Is that true?<br>Can I see with your shirt off again?<br>So hot |

**MISHIK's Child Exploitation on Other Applications**

14. MISHIK's participation in the "Good Girls" Enterprise ceased in 2024, but he continued similar behavior up to at least the day before law enforcement executed a residential search warrant at his home in November 2025. MISHIK's phone contained numerous recorded sessions of young girls' live broadcasts on social media, some of which culminated in nudity or sexual activity.

15. MISHIK's primary means of acquiring CSAM continued via his utilization of automated programs on specialized applications to detect and collect CSAM. MISHIK also used automated programs to share CSAM with others. These automated programs amassed media other users had collected and shared, as well as media MISHIK shared with the automated program.

16. One of the automated programs MISHIK utilized to acquire and share CSAM was governed by particular rules. In order to gain entry, a prospective member was required to send five media files within 30 minutes to unlock the group content. After MISHIK unlocked the content, the following instructions appeared:

Welcome! You are now an active member.

**IMPORTANT: The bot is currently LOCKED for you**
You must send 5 media within 30 minutes to UNLOCK and start receiving content from others

Current members will see your media immediately
Once you send 5 media, you'll unlock full access and receive all shared content

Start sharing now to unlock the community!

17. Within seconds of receiving the above-mentioned instructions, another list of instructions appeared.

‼ Girls Focused Media Only ‼

Not Allowed ✕
✕ No Adult Porn or Nude Adults
✕ No Boy focused media
✕ Scat / Pee
✕ Hurtcore / Gore / Violence

18. The number of media MISHIK received via this automated program varied by day, depending on how many new members joined the program. Specifically, on November 12, 2025, media appeared from approximately 20 different participants. Over the span of only the 48 hours preceding law enforcement seizing MISHIK's phone, the automated program on MISHIK's cell phone had amassed more than 2,000 videos and 270 photos. MISHIK saved 12 of these videos/messages in his personal account associated with the program.

19. MISHIK also discussed CSAM on the application TikTok.

| July 09, 2025 | | |
|---|---|---|
| **Sender** | **Content** | |
| MISHIK | Yoo | |

| | |
|---|---|
| TikTok User | Hii<br>Ohh so I follow teens not that young |
| MISHIK | Ah my bad<br>How about this |
| TikTok User | Yeah is fine<br>Like this? |
| MISHIK | Hmm I like the front more, or so I am finding a theme in my faves<br>I'll keep searching |
| TikTok User | Okeyy |
| MISHIK | Ong |
| TikTok User | Like that? |
| MISHIK | She's hot<br>Those nubs mmmm |
| TikTok User | Yeah she got better |
| MISHIK | I like the last one the white dress almost falling out |
| TikTok User | I love blondes |
| MISHIK | Piercings :) |
| TikTok User | Yess |
| MISHIK | First pic<br>She's cute all around<br>Also tanlines |
| TikTok User | Nicee |

**Possession & Receipt**

20. On November 12, 2025, the day law enforcement conducted a residential search warrant at MISHIK's home with his wife and daughter, MISHIK's phone locally stored 5 videos and 10 photos depicting CSAM. Law enforcement located additional CSAM content in the group thread and cloud storage of an application, which was not saved in his gallery but located in the hidden applications of his phone.

a. One image displays a toddler-aged girl who appears to be lying on a bed, her legs are held up and the image is taken from behind. The image's focus is a pen or marker inserted into her anus and another inserted into her vagina.

b. One of the images reveals a toddler's vulva sitting directly in front of what appears to be an adult female's clitoris.

c. One of the images reveals a toddler-aged female lying naked on a red and blue blanket, with her legs in the air. The image is taken from between the toddler`s legs, focusing on her vagina.

**Means of Concealment**

21. MISHIK employed a variety of techniques to avoid detection of law enforcement and those around him.

a. With the exception of one single instance that led to the residential search warrant in this case, MISHIK utilized a virtual private network (VPN) to access the two Instagram accounts he used to exploit children. A virtual private network (VPN) allows a user to anonymize their online traffic and location. A VPN routes a user's internet traffic through one of its servers where the data is encrypted. The server then forwards the traffic to the website, which acknowledges the VPN server's IP address rather than the user's device IP address.

b. The Instagram accounts detailed above in the Good Girls section, MISHIK ACCOUNT 1 and MISHIK ACCOUNT 2, were utilized entirely for his child exploitation pursuits; MISHIK otherwise operated a public-facing Instagram account with his real name and family photos.

c. MISHIK harnessed the phone applications he utilized for child exploitation in a hidden folder on his cell phone. This hidden folder took numerous steps to locate, was protected by his phone's passcode, and contained five applications that were each protected by additional, unique passcodes. Several of these applications were encrypted.

**Conclusion**

22. The acts taken by the defendant, CHRISTOPHER NEAL MISHIK, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing Statement of Facts does not describe all of the defendant's conduct relating to the offense charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

23. This Statement of Facts shall be admissible as a knowing and voluntary confession in any proceeding against the defendant, regardless of whether the plea agreement is presented to or accepted by a court. Moreover, the defendant waives any rights that the defendant may have under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

Todd W. Blanche
Acting Attorney General

By: Lauren Halper
Vanessa Strobbe
Lauren Halper
Assistant United States Attorneys

Defendant's Stipulation and Signature

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, CHRISTOPHER NEAL MISHIK, the United States Attorney's Office for the Eastern District of Virginia, and the Department of Justice's Computer Crime and Intellectual Property Section, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 6/17/26

CHRISTOPHER NEAL MISHIK
Defendant

Defense Counsel's Signature

I am Jessica Richardson, the attorney for CHRISTOPHER NEAL MISHIK. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

Date: 6/17/26

Jessica Richardson
Counsel for the Defendant